# STORCH AMINI PC

Steven G. Storch
**MEMBER NY & IL BARS**

212.497.8216
sstorch@storchamini.com

August 5, 2019

**By ECF**

Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: <u>Kossoff v. Continental Casualty Company, No. 7:19-cv-4696</u>

Dear Judge Bricetti:

    We represent the Plaintiffs in this action. We write to request that Your Honor so order the enclosed stipulation extending Defendant's time to respond to the Complaint by two weeks, to August 19, 2019. There has been no prior request for an extension of time in connection with this matter.

Sincerely,

/s/

Steven Storch

Enclosure

cc:    Todd A. Bromberg (tbromberg@wileyrein.com)
        Richard Simpson (rsimpson@wileyrein.com)