UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF, Plaintiffs, v. CONTINENTAL CASUALTY COMPANY, Defendant. | No. 7:19-cv-04696 <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Continental Casualty Company may respond to the Complaint is hereby extended for a two (2) week period, up to and including August 19, 2019.

Dated: August 5, 2019

STORCH AMINI PC

/s/ Steven Storch
Steven Storch
Avery Samet
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
storch@storchamini.com
asamet@storchamini.com
*Counsel for Plaintiffs Kossoff & Kossoff LLP and Irwin Kossoff*

WILEY REIN LLP

/s/ Todd A. Bromberg
Todd A. Bromberg
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
tbromberg@wileyrein.com
*Counsel for Defendant Continental Casualty Company*

So ordered.

Dated: August 5, 2019
       White Plains, New York

_____
Honorable Vincent L. Briccetti
United States District Judge