UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOSSOFF & KOSSOFF LLP and
IRWIN KOSSOFF,

        Plaintiffs,

v.

CONTINENTAL CASUALTY COMPANY,

        Defendant.

No. 7:19-cv-04696

**STIPULATION AND
ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Continental Casualty Company may respond to the Complaint is hereby extended for a two (2) week period, up to and including August 19, 2019.

Dated: August 5, 2019

STORCH AMINI PC

/s/ Steven Storch
Steven Storch
Avery Samet
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
storch@storchamini.com
asamet@storchamini.com
*Counsel for Plaintiffs Kossoff & Kossoff LLP
and Irwin Kossoff*

WILEY REIN LLP

/s/ Todd A. Bromberg
Todd A. Bromberg
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
tbromberg@wileyrein.com
*Counsel for Defendant Continental Casualty
Company*

So ordered.

Dated: August 5, 2019
      White Plains, New York

The Clerk shall terminate the letter-motion (#7).

_____
Honorable Vincent L. Briccetti
United States District Judge