IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KOSSOFF & KOSSOFF LLP and
IRWIN KOSSOFF,

                Plaintiffs,

v.

CONTINENTAL CASUALTY COMPANY,

                Defendant.
-----------------------------------------------------------------x

CIV. NO. 7:19-CV-04696

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/19

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Continental Casualty Company may respond to the Complaint is hereby extended October 17, 2019.

Dated: August 26, 2019

| STORCH AMINI PC | WILEY REIN LLP |
|---|---|
| /s/ Steven Storch | /s/Todd A. Bromberg |
| Steven Storch | Todd A. Bromberg (TB-8212) |
| Avery Samet | 1776 K St NW |
| 140 East 45th Street, 25th Floor | Washington, DC 20006 |
| New York, New York 10017 | Telephone: 202.719.7000 |
| (212) 490-4100 | Facsimile: 202.719.7049 |
| storch@storchamini.com | tbromberg@wileyrein.com |
| asamet@storchamini.com | *Counsel for Defendant Continental Casualty Company* |
| *Counsel for Plaintiffs Kossoff & Kossoff LLP and Irwin Kossoff* | |

So ordered.

Dated: August 26, 2019
      White Plains, New York

_____
Honorable Vincent L. Briccetti
United States District Judge