# STORCH AMINI PC

Steven G. Storch
**MEMBER NY & IL BARS**

212.497.8216
sstorch@storchamini.com

October 4, 2019

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**   **Kossoff & Kossoff LLP and Irwin Kossoff v. Continental Casualty Company;**
**7:19-CV-04696-VB**

Dear Judge Briccetti:

Pursuant to the Court's Order dated August 26, 2019, this is a joint status report regarding the mediation that took place on October 3, 2019. The parties are pleased to report that a settlement has been reached of both this action and the underlying action styled James S. Feltman as trustee for TS Employment, Inc. v. Kossoff & Kossoff, LLP et al., Adversary Proceeding No. 18-01649-mg pending in the U.S. Bankruptcy Court for the Southern District of New York as part of Chapter 11 Case No. 15-10243-mg (the "Adversary Proceeding"). This case involves a dispute regarding whether insurance coverage is available for the Adversary Proceeding.

The settlement is conditioned on approval of the Bankruptcy Court in the Adversary Proceeding. If the settlement is approved, the parties plan to file a dismissal with prejudice of this case. Accordingly, the parties jointly request that the Court stay this case (including defendant Continental Casualty Company's obligation to respond to the Complaint), pending a decision by the Bankruptcy Court on the motion to approve the settlement of the Adversary Proceeding, with the parties to advise the Court of the ruling on the motion for approval of the settlement promptly or, if no ruling has been issued within 60 days, to provide a status update.

Respectfully submitted,

Steven G. Storch

cc:   Richard Simpson, Esq.
      Mary Borja, Esq.